■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADONAI BUSTILLO, Also Known as ADONAY PADILLA, Appellant. [628 NYS2d 553] —Appeal by the defendant from a judgment of the County Court, Westchester County (LaCava, J.), rendered May 6, 1994.

Ordered that the judgment is affirmed.

Appellate review of the issues raised by the defendant was effectively waived by him as part of his plea bargain. Accordingly, the judgment of conviction is affirmed *(see, People v Cal-*

*lahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.